UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel Chery

Case No.: 23-13660 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

___Jeffrey A. Lester___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Rosemary Gambardella___ on ___July 11, 2023___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3E___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 425 Alden St., Orange, NJ    Value about $400,000

Liens on property:    Select Portfolio Servicing    Balance about $403,400

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-13660-RG

Daniel Chery  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jun 05, 2023  Form ID: pdf905  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Daniel Chery, 106 Rue De La Renaissance, Blainville, QC J7B 1N4 953, Canada, CANADA |
| 519903652 | | Banque Scotia, 300-4190 laugheed Hwy, Burnnaby, BC V5C 6A8 |
| 519903660 | + | City of Orange Township, 29 North Day Street, Orange, NJ 07050-3608 |
| 519903667 | ++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309 address filed with court:, Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519903672 | | PSE&G, PO Box 14105, New Brunswick, NJ 08906 |
| 519903677 | | Silver Chef Rentals Ince., 948 Homer Street, 3rd Floor, Vancouver, British Colombia V6B 2W7, CANADA |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2023 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2023 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519903651 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 05 2023 21:42:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519903650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 05 2023 21:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519903653 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 22:20:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519903654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 21:51:44 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519903656 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 22:20:12 | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519903655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 22:20:22 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519903659 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 05 2023 21:44:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519903661 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 05 2023 21:44:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519903664 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2023 21:43:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519903663 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2023 21:43:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519903666 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 05 2023 21:42:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519903665 | + | Email/Text: mrdiscen@discover.com | Jun 05 2023 21:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519903667 | | Email/Text: bankruptcycourts@equifax.com | Jun 05 2023 21:43:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519903668 | ^ | MEBN | Jun 05 2023 21:41:09 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519903657 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2023 22:20:49 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519903658 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2023 22:20:17 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519903669 | ^ | MEBN | Jun 05 2023 21:42:26 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519903670 | + | Email/PDF: pa_dc_claims@navient.com | Jun 05 2023 22:20:54 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519903671 | + | Email/PDF: pa_dc_claims@navient.com | Jun 05 2023 21:54:08 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519903673 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2023 22:19:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519903674 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2023 21:51:48 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519903676 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 05 2023 21:44:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519903675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 05 2023 21:44:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519903678 | | Email/Text: epr@telecheck.com | Jun 05 2023 21:44:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519903679 | ^ | MEBN | Jun 05 2023 21:40:11 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519903662 | | Denis Lebeau, 95 Ch De La Cote St. Louis, Blainville J7E 4H5, CANANDA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023          Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf905 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| Scott E. Tanne | on behalf of Debtor Daniel Chery ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5