Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−13660−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Chery
   106 Rue De La Renaissance
   Blainville, QC J7B 1N4 953
   Canada,
   CANADA

Social Security No.:
   xxx−xx−3635

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  William Healy , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

425 Alden St., Orange, NJ

Dated: July 6, 2023
JAN: wdh

                                  Jeanne Naughton
                                  Clerk