| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel Chery**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3635<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23–13660–RG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel Chery

<u>8/4/23</u>     **By the court:**   <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-13660-RG
Daniel Chery  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Aug 04, 2023  Form ID: 318  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Daniel Chery, 106 Rue De La Renaissance, Blainville, QC J7B 1N4 953, Canada, CANADA |
| 519903652 | | Banque Scotia, 300-4190 laugheed Hwy, Burnnaby, BC V5C 6A8 |
| 519903660 | + | City of Orange Township, 29 North Day Street, Orange, NJ 07050-3608 |
| 519903672 | | PSE&G, PO Box 14105, New Brunswick, NJ 08906 |
| 519903677 | | Silver Chef Rentals Ince., 948 Homer Street, 3rd Floor, Vancouver, British Colombia V6B 2W7, CANADA |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519903651 | + | EDI: BANKAMER.COM | Aug 05 2023 00:16:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519903650 | + | EDI: BANKAMER.COM | Aug 05 2023 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519903653 | + | EDI: CAPITALONE.COM | Aug 05 2023 00:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519903654 | + | EDI: CAPITALONE.COM | Aug 05 2023 00:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519903656 | + | EDI: CAPITALONE.COM | Aug 05 2023 00:16:00 | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519903655 | + | EDI: CAPITALONE.COM | Aug 05 2023 00:16:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519903659 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 04 2023 20:33:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519903661 | + | EDI: CCS.COM | Aug 05 2023 00:16:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519903664 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 04 2023 20:33:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519903663 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 04 2023 20:33:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519903666 | + | EDI: DISCOVER.COM | Aug 05 2023 00:16:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519903665 | + | EDI: DISCOVER.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 05 2023 00:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519903667 | | Email/Text: bankruptcycourts@equifax.com | Aug 04 2023 20:33:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519903668 | ^ | MEBN | Aug 04 2023 20:20:54 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519903657 | | EDI: JPMORGANCHASE | Aug 05 2023 00:16:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519903658 | | EDI: JPMORGANCHASE | Aug 05 2023 00:16:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519903669 | ^ | MEBN | Aug 04 2023 20:20:57 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519903670 | + | EDI: NAVIENTFKASMSERV.COM | Aug 05 2023 00:16:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519903671 | + | EDI: NAVIENTFKASMSERV.COM | Aug 05 2023 00:16:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519903673 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:32:05 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519903674 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:43:32 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519903676 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 20:33:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519903675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 20:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519903678 | | Email/Text: epr@telecheck.com | Aug 04 2023 20:33:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519903679 | ^ | MEBN | Aug 04 2023 20:20:53 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519903662 | | Denis Lebeau, 95 Ch De La Cote St. Louis, Blainville J7E 4H5, CANANDA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 32 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| Scott E. Tanne | on behalf of Debtor Daniel Chery ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5